AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>USPS Priority Mail parcel with tracking number 9505521371715306000644 addressed to "Kateena Wilks, 783 east 3rd Ave, Columbus, Ohio 43201" | ) ) ) ) ) ) Case No. 2:15mj 681 |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
USPS Priority Mail parcel with tracking number 9505521371715306000644 addressed to "Kateena Wilks, 783 east 3rd Ave, Columbus, Ohio 43201" bearing the return address of "Daniel Wilks, 5502 W Barbara, Glendale, AZ 85302." located in the _____ Southern _____ District of _____ Ohio _____, there is now concealed *(identify the person or describe the property to be seized)*:
A quantity of controlled dangerous substance of which is contraband.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☒ evidence of a crime;
☒ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Section 841(a)(1), Title 21, United States Code, Section 843(b). | Distribution of Controlled Substances, and, Unlawful Use of Communication Facility (U.S. Mail) |

The application is based on these facts:

See Attachment A

☒ Continued on the attached sheet.
☐ Delayed notice _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Daniel J Johnson, USPIS
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Nov. 5, 2015

_____
*Judge's signature*

City and state: Columbus, Ohio     Elizabeth Preston Deavers, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN THE MATTER OF THE SEARCH OF  )
                                          )
USPS Priority Mail parcel 9505521371715306 )
000644 addressed to "Kateena Wilks, 783 East )
3rd Ave, Columbus, OH 43201"  )
                                          )

Case no: 2:15mj681

Magistrate Judge DEAVERS

### Affidavit in Support of Application for Search Warrant

I, Daniel J. Johnson, Postal Inspector, being duly sworn, depose and state as follows:

1. I have been a U.S. Postal Inspector for the past 7 years, enforcing federal mail and drug laws; currently assigned to Columbus, OH. I have received training at U.S. Postal Inspection Service National Training Seminars for mail related criminal investigations and have investigated cases with other federal, state, and local police units.

2. The U.S. Postal Inspection Service is aware that drug traffickers have been using Express Mail, a business-oriented service offered by the Post Office, to transport controlled substances and transfer funds, cash or otherwise, to further their enterprises. As a result of past investigations and prosecutions, the Postal Inspection Service has determined that a number of indicators can be used to identify packages containing contraband that have been entered into the Express Mail network. Inspectors routinely review shipment documents and Express Mail packages originating from or destined to drug source areas, to identify instances where there is a possibility of drug trafficking.

3. On November 4, 2015 Inspectors identified a USPS Priority Mail parcel with tracking number 9505521371715306000644 they believed to contain narcotics.

4. On November 4, 2015, Postal Inspectors took custody of USPS Priority Mail parcel with tracking number 9505521371715306000644 addressed to "Kateena Wilks, 783 east 3rd Ave, Columbus, Ohio 43201" bearing the return address of "Daniel Wilks, 5502 W Barbara, Glendale, AZ 85302." The parcel is a 15"x 11" x 7" brown cardboard box, weighing 8.7 pounds and was mailed on November 2, 2015, from Glendale, AZ 85308 with $28.90 postage affixed.

5. According to law enforcement databases the recipient address of 783 East 3rd Ave., Columbus, OH 43201, cannot be associated to anyone with the name Kateena Wilks.

6. According to law enforcement databases the return address of 5502 W Barbara, Glendale, AZ 85302 , cannot be associated to a person named Daniel Wilks.

1

7. Additionally, Arizona is a known source area for shipment of illegal narcotics to Central Ohio as well as other areas of the United States.

8. On November 4, 2015 Postal Inspectors contacted Officer Anthony Rogers, Columbus Police Department, who is the handler for "Lucky," a drug detection dog most recently certified by the Ohio Peace Officers Training Council for the detection of marijuana, hashish, cocaine, "crack", heroin, and methamphetamine. K-9 "Lucky" has had 200 hours of training at Gold Shield Training Kennels, Blacklick, OH, a well-established and regarded training facility for police canines. Both in training and actual deployments, K-9 "Lucky" has successfully detected narcotics demonstrating clear, positive, aggressive alerts, establishing himself as a highly reliable police dog.

9. The subject parcel was hidden among other packages, and "Lucky" was allowed to search the entire area. Officer Rogers concluded that K-9 "Lucky" did alert positively to U. S. Postal Service Mail parcel bearing label no. 9505521371715306000644. Based on that alert, Officer Rogers concluded that the odor of one of the drugs that K-9 "Lucky" is trained and certified to detect was present.

10. Based on the information contained herein, your affiant maintains there is probable cause to believe that the USPS Express Mail parcel bearing tracking number 9505521371715306000644 contains controlled substances, and/or contraband, in violation of Title 21, United States Code, Sections 841(a)(1) and 843(b).

11. Based on the facts set forth in this Affidavit, I believe there is probable cause to believe that controlled substances are being concealed in the parcel, and seek the issuance of a warrant to search the parcel for controlled substances to be seized.

Daniel J. Johnson
United States Postal Inspector

Sworn to before me, and subscribed in my presence, this 5th day of November 2015, at Columbus, Ohio.

Elizabeth Preston Deavers
United States Magistrate Judge

2